UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAWO AHMED MOHAMED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al., <br><br> Defendants. | No. C17-1512-RAJ <br><br> JOINT STIPULATION [proposed] ORDER TO REMAND AND DISMISS <br><br> NOTE ON MOTION CALENDAR: Today |

**JOINT STIPULATION**

COMES NOW, the parties, by and through their respective attorneys of record, and respectively ask the Court to remand the N-400 Application for Naturalization filed by Plaintiff to the United States Citizenship and Immigration Services ("USCIS"), with an order that USCIS shall adjudicate and issue a decision on the Application within thirty (30) days of the Order of Remand. In addition, the parties respectively stipulate to the dismissal of Plaintiff's case without prejudice, and without claim of either party to attorney fees or costs.

JOINT STIPULATION AND ORDER TO
REMAND AND DISMISS
(C17-1512-RAJ)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

| | |
|---|---|
| 1 | SO STIPULATED. |
| 2 | DATED this 16th day of November, 2017. |
| 3 | ANNETTE L. HAYES |
| | United States Attorney |
| 4 | |
| 5 | /s Kristin B. Johnson |
| | KRISTIN B. JOHNSON WSBA #28189 |
| 6 | Assistant United States Attorney |
| | 700 Stewart Street, Suite 5220 |
| 7 | Seattle, WA 98101-1271 |
| | Telephone No. (206) 553-7970 |
| 8 | Fax No. (206) 553-4073 |
| | E-mail kristin.b.johnson@usdoj.gov |
| 9 | Attorney for Defendants |
| 10 | |
| 11 | |
| 12 | SO STIPULATED. |
| 13 | DATED this 16th day of November, 2017. |
| 14 | |
| 15 | s/ Jay Gairson |
| 16 | JAY GAIRSON, WSBA #43365 |
| | Gairson Law, LLC |
| 17 | 14606 Martin Luther King Jr Way S |
| | Seattle, WA 98108 |
| 18 | (206) 357-4218 |
| | Attorney for Plaintiff |
| 19 | |

JOINT STIPULATION AND ORDER TO
REMAND AND DISMISS
(C17-1512-RAJ)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

# ORDER OF REMAND

IT IS SO ORDERED.

Plaintiff's N-400 Application for Naturalization is hereby remanded to the United States Citizenship and Immigration Services ("USCIS"). USCIS shall adjudicate and issue a decision on the Application within thirty (30) days of this Order of Remand. In addition, the case is hereby dismissed without prejudice, and without claim of either party to attorney fees or costs..

DATED this 20th day of November, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

JOINT STIPULATION AND ORDER TO
REMAND AND DISMISS
(C17-1512-RAJ)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**